IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| RONNIE LASHEA ROBERTSON, | ) | |
| a/k/a RONNIE LASHEA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-cv-2290-SHM-tmp |
| | ) | |
| SHELBY COUNTY DIVISION | ) | |
| OF CORRECTIONS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

_____

ORDER DISMISSING CASE WITHOUT PREJUDICE

_____

On May 3, 2024, Plaintiff Ronnie Lashea Robertson, a/k/a Ronnie Lashea Williams, Tennessee Department of Correction prisoner number 348719, filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) However, Plaintiff neglected to either pay the $405.00 civil filing fee or submit a properly completed application to proceed *in forma pauperis*.

The Court issued an order on May 7, 2024, directing Plaintiff to file a prisoner *in forma pauperis* affidavit or pay the civil filing fee within thirty (30) days. (ECF No. 3.) Plaintiff was warned that if he, "fails to comply with this order in a timely manner, the Court…will dismiss the action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."

On July 1, 2024, the Court's order (ECF No. 3) was returned stamped, "RETURN TO SENDER INMATE DISCHARGED." (ECF No. 4.)

The most basic responsibility of a litigant is to keep the Court informed of his whereabouts. Plaintiff has failed to advise the Court of any change of address. Therefore, as it appears Plaintiff has abandoned this action, and this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

IT IS SO ORDERED this 11th day of July, 2024.

                                 */s/ Samuel H. Mays, Jr.*
                                 SAMUEL H. MAYS, JR.
                                 UNITED STATES DISTRICT JUDGE