```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION


RONNIE LASHEA ROBERTSON,            )
a/k/a RONNIE LASHEA WILLIAMS        )
                                    )
     Plaintiff,                     )
                                    )
vs.                                 )      No. 24-2290-SHM-tmp
                                    )
SHELBY COUNTY DIVISION OF           )
CORRECTIONS, et al.                 )
                                    )
     Defendants.                    )
```

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 5), docketed July 11, 2024, dismissing the case without prejudice.


# APPROVED:

  /s/  Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

  July 11, 2024                          WENDRY R. OLIVER
DATE                                     CLERK

                                          /s/  Jairo Mendez
                                         (By) DEPUTY CLERK